Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−13493−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Courtney A. Bracken
   aka Courtney A. Rivera
   43 Webb Avenue
   Pitman, NJ 08071

Social Security No.:
   xxx−xx−1432

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/9/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 9, 2019
JAN: bc

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                            Case No. 19-13493-ABA
Courtney A. Bracken                                               Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                 Page 1 of 2                  Date Rcvd: Sep 09, 2019
                              Form ID: 148                Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2019.
db             +Courtney A. Bracken,    43 Webb Avenue,    Pitman, NJ 08071-1466
518038687      +Capital Collection Ser,    20 E Taunton Rd # Bilg50,    Berlin, NJ 08009-2603
518038688      +Childrens Hospital of Pennsylvania,    3401 Civic Center Blvd.,    Philadelphia, PA 19104-4319
518038691      +Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
518038702      +KML Law Group,    216 Haddon Avenue Suite 406,    Collingswood, NJ 08108-2812
518038698      +Kennedy Health Systems,    PO Box 48023,   Newark, NJ 07101-4823
518038706      +Transworld,    2135 E. Primrose Suite Q,    Springfield, MO 65804-4598
518038707      +Trojan Professional Se,    P.o. Box 1270,    Los Alamitos, CA 90720-1270

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 10 2019 00:07:50     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 10 2019 00:07:46     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518038684      +EDI: BANKAMER.COM Sep 10 2019 03:23:00      Bank Of America,   Nc4-105-03-14,   Po Box 26012,
                 Greensboro, NC 27420-6012
518038685      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 10 2019 00:08:18
                 Bayview Financial Loan,    Attn: Customer Service Dept,    4425 Ponce De Leon Blvd, 5th Floor,
                 Miami, FL 33146-1873
518221372      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Sep 10 2019 00:08:18
                 Bayview Loan Servicing, LLC Et Al...,    c/o Bayview Loan Servicing,
                 4425 Ponce De Leon BLVD, 5th Floor,    Coral Gables, FL 33146-1837
518038686      +E-mail/Text: info@chcollects.com Sep 10 2019 00:08:50     C&H Collection Services,
                 PO Box 1399,   Merchantville, NJ 08109-0399
518038689      +EDI: CCS.COM Sep 10 2019 03:23:00      Credit Collections Services,   Attention: Bankruptcy,
                 725 Canton Street,   Norwood, MA 02062-2679
518183929      +E-mail/Text: bankruptcy@huntington.com Sep 10 2019 00:07:44     Huntington National,  Bank,
                 3 Cascade Plaza,   Akron, OH 44308-1124
518038695      +EDI: IIC9.COM Sep 10 2019 03:23:00      I C System Inc,   Po Box 64378,
                 Saint Paul, MN 55164-0378
518046229       EDI: RESURGENT.COM Sep 10 2019 03:23:00      LVNV Funding LLC,   PO Box 10587,
                 Greenville, SC 29603-0587
518038703      +E-mail/Text: Bankruptcies@nragroup.com Sep 10 2019 00:08:52     National Recovery Agency,
                 2491 Paxton St,   Harrisburg, PA 17111-1036
518038705      +E-mail/Text: REV_Bankruptcy_General@state.de.us Sep 10 2019 00:07:49
                 State of Delaware Division of Revenue,    PO Box 8763,   Wilmington, DE 19899-8763
518148346      +E-mail/Text: bankruptcy@huntington.com Sep 10 2019 00:07:44     The Huntington National Bank,
                 PO Box 89424,   Cleveland, OH 44101-6424
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518038690*     +Credit Collections Services,    Attention: Bankruptcy,    725 Canton Street,
                 Norwood, MA 02062-2679
518038692*     +Financial Recoveries,    PO Box 1388,   Mount Laurel, NJ 08054-7388
518038693*     +Financial Recoveries,    PO Box 1388,   Mount Laurel, NJ 08054-7388
518038694*     +Financial Recoveries,    PO Box 1388,   Mount Laurel, NJ 08054-7388
518038696*     +I C System Inc,    Po Box 64378,   Saint Paul, MN 55164-0378
518038697*     +I C System Inc,    Po Box 64378,   Saint Paul, MN 55164-0378
518038699*     +Kennedy Health Systems,    PO Box 48023,   Newark, NJ 07101-4823
518038700*     +Kennedy Health Systems,    PO Box 48023,   Newark, NJ 07101-4823
518038701*     +Kennedy Health Systems,    PO Box 48023,   Newark, NJ 07101-4823
518038704*     +National Recovery Agency,    2491 Paxton St,   Harrisburg, PA 17111-1036
                                                                                            TOTALS: 0, * 10, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2019                                  Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Sep 09, 2019
                               Form ID: 148             Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2019 at the address(es) listed below:
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Lee Martin Perlman    on behalf of Debtor Courtney A. Bracken ecf@newjerseybankruptcy.com,
               mcdoherty@ecf.courtdrive.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```